### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS



In    Anthony Wayne Hernandez
Re:    Elsie Jeanette Hernandez
     **Debtor(s)**

Case No.: 19–33725

Chapter:  13

**ENTERED**
**10/30/2019**

---

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. David G Peake is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 10/30/19

Christopher M. Lopez
United States Bankruptcy Judge